**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
fishbeinadamj@gmail.com

January 2, 2017

**VIA ECF**

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**  Winehouse v. GC Services
16 CV 3110 (FB) (RLM)

Dear Judge Block:

    I represent the plaintiff in the above referenced matter. Defendant has consent to an extension of the briefing schedule concerning defendant's motion to dismiss. The plaintiff will serve a response by January 23, 2017 and the defendant will serve a reply two weeks later.

    Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Counsel of Record