IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRFA WINEHOUSE, on behalf of herself and all others similarly situated consumers,<br><br>      **Plaintiff**<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP**<br><br>      **Defendant.** | Case No. 1:16-cv-03110 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE Shifra Winehouse ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 22nd day of October, 2018.

                                      Respectfully submitted,

                                      */s/ Adam J. Fishbein*
                                      Adam J. Fishbein, P.C.
                                      Attorney at Law
                                      483 Chestnut Street
                                      Cedarhurst, New York 11516
                                      Office: (516) 791-4400
                                      Email: fishbeinadamj@gmail.com

                                      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

Emily Bab Kirsch
**KIRSCH & NIEHAUS**
150 East 58th Street, 22nd Floor
New York, NY 10155
Office: (212) 832-01700
Main: (917) 744-2888
Email: emily.kirsch@kirschniehaus.com

**ATTORNEYS FOR DEFENDANT**

                                                  */s/ Adam J. Fishbein*